UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN D. McCALLISTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ERNIE R. LEE; JOSEPH B. GILBERT; ) | No. 7:13-CV-154-FL |
| DEWEY HUDSON; CARA L. TUSSEY; ) | |
| and ED BROWN, Onslow County ) | |
| Sheriff Department, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 24, 2014, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on July 24, 2014, and Copies To:**

John D. McCallister (via U.S. Mail) 3624 Marskbury Drive, Greensboro, NC 27405

| | |
|---|---|
| July 24, 2014 | JULIE A. RICHARDS, CLERK |
| | /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |